Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
135 W. Green Street, Suite 100
Pasadena, CA 91105
Direct Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Constance R. Lindman (*pro hac vice*)
OVERHAUSER & LINDMAN, LLC
740 W. Green Meadows Dr., Ste 300
Greenfield, IN 46140
Tel.  317-891-1500 Fax.  866-283-8549
*crlindman@overhauser.com*

Attorneys for Defendant
INTERACTIVE INTELLIGENCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN**<br><br>Date:      October 13, 2009<br>Time:      2:00 p.m.<br>Ctrm:      5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Constance R. Lindman, counsel *pro hac vice* for Defendant INTERACTIVE INTELLIGENCE, INC. ("Interactive"), at the hearing now calendared for October 13, 2009 at 2:00 p.m. on Interactive's Motion to Dismiss Claims, the Court hereby rules as follows:

-1-

1 | The Request is GRANTED.
2 | IT IS SO ORDERED.

Dated: October 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE