UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MOHIT RANDHAWA aka HARPAL SINGH,

        Plaintiff,

    v.

SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, and DOES 1 through 20, inclusive,

        Defendants.

                                    /

NO. CIV. 09-2304 WBS DAD

<u>ORDER FOR SUPPLEMENTAL ORAL ARGUMENT</u>

----oo0oo----

        After hearing oral argument on defendants' Skylux Inc. and Mujeeb Puzhakkaraillath's motion to dismiss October 26, 2009, the court now finds that it needs additional oral argument on the limited question of whether the forum selection clause in the Memorandum of Understanding between plaintiff and Skylux Telelink Pvt. Ltd ("STPL") should be enforced so as to dismiss plaintiff's action in this court. Those arguments will be heard on Monday, November 9, 2009 at 2:00 p.m. in Courtroom 5. Upon application,

1

1 any counsel so requesting will be given the opportunity to be
2 heard telephonically.
3     IT IS SO ORDERED.
4 DATED: November 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: