1  Gregg A. Rapoport (SBN 136941)
   BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
2  135 W. Green Street, Suite 100
   Pasadena, CA 91105
3  Direct Tel.  626-585-0155 Fax.  626-578-1827
   grapoport@bizlegalpartners.com
4
   Attorneys for Defendants
5  SKYLUX INC., INTERACTIVE
   INTELLIGENCE, INC., and MUJEEB
6  PUZHAKKARAILLATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY GREGG A. RAPOPORT**<br><br>Date:     November 9, 2009<br>Time:    2:00 p.m.<br>Ctrm:    5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Gregg A. Rapoport, counsel for Defendants SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., and MUJEEB PUZHAKKARAILLATHDefendant INTERACTIVE INTELLIGENCE, INC. ("Interactive"), at the hearing now calendared for November 9, 2009 at 2:00

-1-

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

1  p.m. on the Motion to Dismiss Claims by SKYLUX INC. and MUJEEB
2  PUZHAKKARAILLATH.
3      The Request is GRANTED.  The courtroom deputy shall initiate the
4  telephone conference call.
5  IT IS SO ORDERED.

Dated:  November 5, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE