1  JAY IAN ABOUDI (State Bar No. 251984)
   THE LAW OFFICE OF JAY IAN ABOUDI
2  2010 CROW CANYON PLACE #380
   SAN RAMON, CA 94583
3  Phone: (510) 719-5583
   Facsimile: (510) 803-4529
4
5  Attorney for MOHIT RANDHAWA
   aka HARPAL SINGH
6
7
8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| 10  MOHIT RANDHAWA aka HARPAL SINGH, | Case No.: 2:09-CV-02304-WBS-DAD |
| 11              Plaintiffs, | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI** |
| 12  v. | |
| 13  SKYLUX, INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH; and DOES 1 through 20, inclusive, | Date:  November 9, 2009<br>Time:  2:00 p.m.<br>Ctrm.:  5 |
| 14 | |
| 15 | |
| 16              Defendants. | |

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19          On the request to appear by telephone by JAY IAN ABOUDI, counsel for Plaintiff

20  MOHIT RANDHAWA aka HARPAL SINGH, at the hearing now calendared for November 9,

21  2009 at 2:00 p.m. on the Motion to Dismiss Claims by SKYLUX, INC. and MUJEEB

22  PUZHAKKARAILLATH.

23          The Request is GRANTED.

24  IT IS SO ORDERED.

25  //

_____
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI

1    DATED:  November 5, 2009

2

3

   WILLIAM B. SHUBB
4    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI**