JAY IAN ABOUDI (State Bar No. 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
2010 CROW CANYON PLACE #380
SAN RAMON, CA 94583
Phone: (510) 719-5583
Facsimile: (510) 803-4529

Attorney for MOHIT RANDHAWA
aka HARPAL SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX, INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-02304-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT** |

The parties hereto, through their counsel, stipulate to extend the deadline for filing Plaintiff Mohit Randhawa's ("Plaintiff") amended complaint against Interactive Intelligence, Inc. ("Interactive") five court days after entry of an order resolving on the merits Skylux, Inc. ("Skylux") and Mujeeb Puzhakkaraillath's ("MP") motion to dismiss Plaintiff's complaint. Counsel for Interactive consents to the extension of time stipulated to herein in light of the statement by the undersigned counsel for Plaintiff that the outcome of the pending Skylux and MP's motion to dismiss may influence Plaintiff's decision regarding whether to amend its

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT**

–1–

complaint against Interactive in this Court or to pursue resolution of the dispute by litigation in Indiana or arbitration in Illinois.

DATED:  November 30, 2009

/s/
JAY ABOUDI, ESQ.

DATED:  December 1, 2009

/s/
CONSTANCE LINDMAN ESQ.

DATED:  November 30, 2009

/s/
GREGG A. RAPOPORT ESQ.

## ORDER

Based on the stipulation entered by the parties, IT IS ORDERED THAT Plaintiff shall file its amended complaint against Interactive Intelligence, Inc. five days from the date of entry of order resolving on the merits Skylux, Inc. and Mujeeb Puzhakkaraillath's motion to dismiss Plaintiff's complaint against those parties.

DATED:  December 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT**

-2-