JAY IAN ABOUDI (State Bar No. 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
2010 CROW CANYON PLACE #380
SAN RAMON, CA 94583
Phone: (510) 719-5583
Facsimile: (510) 803-4529

Attorney for MOHIT RANDHAWA
aka HARPAL SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX, INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:09-CV-02304-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT AND TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

In light of the intervening holidays, the parties hereto, through their counsel, stipulate to extend the deadline for filing Plaintiff Mohit Randhawa's ("Plaintiff") amended complaint against Interactive Intelligence, Inc. ("Interactive") until January 6, 2010.

In light of the fact that the case is still in the pleadings phase, that Defendant Interactive has indicated its intention to bring additional Rule 12 motions in response to the anticipated Second Amended Complaint, and that as a result, the claims and defenses have yet to be alleged and will not likely be alleged until disposition of those motions, the parties believe a continuance

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT**

–1–

of the Status (Pretrial Scheduling) Conference is appropriate. The parties, through their counsel, therefore stipulate to continue the Status (Pretrial Scheduling) Conference by ninety (90) days.

DATED:  December 22, 2009

_ /s/ Jay Aboudi _____
JAY ABOUDI, ESQ.
Attorney for MOHIT RANDHAWA
aka HARPAL SINGH

DATED:  December 22, 2009

_ /s/ Constance Lindman _____
CONSTANCE LINDMAN ESQ.
Attorneys for
INTERACTIVE INTELLIGENCE, INC

DATED:  December 22, 2009

_ /s/ Gregg A. Rapoport _____
GREGG A. RAPOPORT, ESQ.
Attorneys for
INTERACTIVE INTELLIGENCE, INC
SKYLUX, INC., and MUJEEB
PUZHAKKARAILLATH

**ORDER**

Based on the stipulation entered by the parties, IT IS ORDERED THAT Plaintiff shall file its amended complaint against Interactive Intelligence, Inc. no later than January 6, 2010. The Status (Pretrial Scheduling) Conference is hereby continued to **April 19, 2010 at 2:00 p.m.**

DATED:  December 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE AMENDED COMPLAINT**

-2-