Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
135 W. Green Street, Suite 100
Pasadena, CA 91105
Direct Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Attorney for Defendants
SKYLUX INC., INTERACTIVE INTELLIGENCE, INC.,
and MUJEEB PUZHAKKARAILLATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH, and SHANNON CALLNET PVT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No.: 2:09-CV-02304-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSES TO SECOND AMENDED COMPLAINT** |

WHEREAS:

1.      Plaintiffs Mohit Randhawa and Shannon Callnet Pvt Ltd. ("Plaintiffs") filed a Second Amended Complaint on January 6, 2010, following orders by the Court on November 3, 2009 (Docket No. 27),

on December 2, 2009 (Docket No. 36), and on December 21, 2009 (Docket No. 37);

2. In the Second Amended Complaint, Plaintiffs have added a new Defendant, SKYLUX TELELINK PVT LTD. ("STPL").

3. STPL is represented in this action by Gregg A. Rapoport, who is counsel of record for Defendants SKYLUX INC. ("Skylux") and MUJEEB PUZHAKKARAILLATH ("Puzhakkaraillath"), as well as co-counsel for Defendant INTERACTIVE INTELLIGENCE, INC.

4. Mr. Rapoport has agreed to accept service and acknowledge receipt of the Summons and Second Amended Complaint on behalf of STPL, when provided by Plaintiffs.

5. The current deadline for Defendants Skylux and Puzhakkaraillath to respond to the Second Amended Complaint is January 20, 2010 (14 days after its filing, pursuant to Rule 15(a), Fed. R. Civ. P.

6. Defendants' counsel have requested a seven (7) day extension of time within which to file responses to the Second Amended Complaint, and anticipate that responses by all Defendants will be filed at that time. This request is made in part due to Mr. Rapoport's required jury service during the week of January 18th.

7. Plaintiffs' counsel has agreed to this request.

/ / /

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSES TO SECOND AMENDED COMPLAINT**

–2–

1   NOW THEREFORE, the parties, through their counsel of record herein,
2   now STIPULATE AND AGREE to the following:
3   The time within which Defendants shall respond to the Second Amended
4   Complaint shall be extended by seven (7) calendar days.

5
6   DATED:  January __, 2010           BUSINESS LEGAL PARTNERS

7
8                                      /s/_____
                                       GREGG A. RAPOPORT
9                                      Attorneys for Defendants
                                       INTERACTIVE INTELLIGENCE, INC
10                                     SKYLUX, INC., MUJEEB
                                       PUZHAKKARAILLATH and SKYLUX
11                                     TELELINK PVT LTD

12
13  DATED:  January 14, 2010           OVERHAUSER & LINDMAN, LLC

14
15                                     /s/_____
                                       CONSTANCE LINDMAN
16                                     Attorneys for Defendant
                                       INTERACTIVE INTELLIGENCE, INC

17
18  DATED:  January 13, 2010           THE LAW OFFICE OF JAY IAN
                                       ABOUDI
19
20                                     /s/_____
                                       JAY ABOUDI
21                                     Attorney for Plaintiffs
                                       MOHIT RANDHAWA aka HARPAL
22                                     SINGH and SHANNON CALLNET PVT
                                       LTD
23
24
25

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSES TO SECOND AMENDED COMPLAINT**

**ORDER**

Based on the stipulation entered by the parties, IT IS ORDERED THAT The time within which Defendants shall respond to the Second Amended Complaint shall be extended by seven (7) calendar days.

IT IS SO ORDERED.

DATED: January 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSES TO SECOND AMENDED COMPLAINT**

-4-