Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel. 626-585-0155 Fax. 626-578-1827
*grapoport@bizlegalpartners.com*

Attorney for Defendants
SKYLUX INC., SKYLUX TELELINK PVT LTD.,
MUJEEB PUZHAKKARAILLATH, and
INTERACTIVE INTELLIGENCE, INC.

Constance R. Lindman (*pro hac vice*)
OVERHAUSER & LINDMAN, LLC
740 W. Green Meadows Dr., Ste. 300
Greenfield, IN 46140
Tel. 317-891-1500 Fax. 866-283-8549
*crlindman@overhauser.com*

Attorney for Defendant
INTERACTIVE INTELLIGENCE, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD, <br><br> Plaintiff, <br><br> v. <br><br> SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:09−CV−02304−WBS−DAD <br> *Hon. William B. Shubb* <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN** <br><br> Date: March 1, 2010 <br> Time: 2:00 p.m. <br> Ctrm: 5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Constance R. Lindman, counsel for Defendant INTERACTIVE INTELLIGENCE, INC. ("Interactive"), at the hearing

on Defendants' motions to dismiss and transfer venue, calendared for March 1, 2010 at 2:00 p.m., the Court rules as follows:

The Request is GRANTED. Constance R. Lindman may appear by telephone at the above-referenced hearing on March 1, 2010, or on such other date when the hearing is held.

IT IS SO ORDERED.

Dated: February 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE