1  JAY IAN ABOUDI (SBN: 251984)
   THE LAW OFFICE OF JAY IAN ABOUDI
2  1855 Olympic Blvd., Ste. 210
   Walnut Creek, CA 94596
3  Telephone: (925) 465-5155
   Facsimile: (925) 465-5169
4

5  Attorney for Plaintiffs
   MOHIT RANDHAWA *aka* HARPAL SINGH
6  AND SHANNON CALLNET PVT LTD

7

8
                  UNITED STATES DISTRICT COURT
9
            EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
10

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09-cv-2304 WBS KJN<br>*Hon. William B. Shubb*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSES TO THIRD AMENDED COMPLAINT (OR FOURTH AMENDED COMPLAINT) AND TO CONTINUE THE STATUS (PRE-TRIAL SCHEDULING) CONFERENCE** |

   Defendants' counsel have requested a seven (7) day extension of time within which to file responses to the Third Amended Complaint or, should the Court grant Plaintiffs' request (discussed below) for leave to file a Fourth Amended Complaint, the same extension to respond to such pleading, and anticipate that responses by all Defendants will be filed no later than that extended date. Plaintiffs' counsel has agreed to this request.

   The parties further believe a continuance of the Status (Pre-Trial Scheduling) Conference currently scheduled for April 19, 2010 is appropriate in this matter. This case is still in the pleadings stage and Plaintiffs have only just filed their Third Amended Complaint (TAC). Plaintiffs will seek leave of court immediately to correct an error in the fifth and sixth causes of action of the TAC whereby Interactive Intelligence, Inc. was inadvertently included. Plaintiffs

assert that said correction is necessary to comply with the Court's Order issued on March 4, 2010. The parties therefore request that the Pre-Trial (Scheduling) Conference be continued for ninety (90) days.

NOW THEREFORE, the parties, through their counsel of record herein, now STIPULATE AND AGREE to the following:

The time within which Defendants shall respond to the Third Amended Complaint or, should the Court grant leave for Plaintiffs to file a Fourth Amended Complaint, to that pleading, shall be extended by seven (7) calendar days.

The Status (Pre-Trial Scheduling) Conference shall be extended by ninety (90) calendar days.

DATED: March __, 2010                OVERHAUSER & LINDMAN, LLC

/s/ Constance Lindman
_____
CONSTANCE LINDMAN
Attorney for Defendant
INTERACTIVE INTELLIGENCE, INC

DATED: March __, 2010                BUSINESS LEGAL PARTNERS

/s/ Gregg A. Rapoport
_____
GREGG A. RAPOPORT
Attorney for Defendants
INTERACTIVE INTELLIGENCE, INC
SKYLUX, INC., MUJEEB
PUZHAKKARAILLATH and SKYLUX
TELELINK PVT LTD

DATED: March __, 2010                THE LAW OFFICE OF JAY IAN ABOUDI

/s/ Jay Ian Aboudi
_____
JAY IAN ABOUDI
Attorney for Plaintiffs
MOHIT RANDHAWA aka HARPAL SINGH and
SHANNON CALLNET PVT LTD

**ORDER**

Based on the stipulation entered by the parties, IT IS ORDERED THAT the time within which Defendants shall respond to the Third Amended Complaint (or Fourth Amended Complaint if leave to file same is granted) is extended by seven (7) calendar days, and the Status (Pre-Trial Scheduling) Conference is continued to <u>July 26, 2010 at 2:00 PM</u>.

IT IS SO ORDERED.

DATED: April 6, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-
STIPULATION AND [PROPOSED] ORDER