1 | Gregg A. Rapoport (SBN 136941)
2 | BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
3 | Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*
4 |
Attorney for Defendants
5 | SKYLUX INC., INTERACTIVE INTELLIGENCE, INC.,
and MUJEEB PUZHAKKARAILLATH
6 |
Constance R. Lindman (*pro hac vice*)
7 | OVERHAUSER & LINDMAN, LLC
740 W. Green Meadows Dr., Ste. 300
Greenfield, IN 46140
8 | Tel.  317-891-1500 Fax.  866-283-8549
*crlindman@overhauser.com*
9 |
Attorneys for Defendant
10 | INTERACTIVE INTELLIGENCE, INC.

11 | UNITED STATES DISTRICT COURT

12 | EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH, and SHANNON CALLNET PVT LTD, | Case No.  2:09−CV−02304−WBS−KJN |
| | *Hon. William B. Shubb* |
| Plaintiffs, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND TO NOTICE DEFENDANT INTERACTIVE'S MOTION TO DISMISS AND FOR SANCTIONS FOR THE SAME DATE** |
| SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive. | |
| Defendants. | |

WHEREAS:

1.     On April 6, 2010, Plaintiffs Mohit Randhawa and Shannon Callnet

Pvt Ltd. ("Shannon Callnet") filed a Motion for Leave to File Fourth Amended

STIPULATION AND PROPOSED [ORDER] TO CONTINUE HEARING DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND TO NOTICE DEFENDANT
INTERACTIVE'S MOTION TO DISMISS AND FOR SANCTIONS FOR THE SAME DATE

–1–

Complaint (Docket No. 65) (the "Motion for Leave").  The hearing on this Motion is set for May 24, 2010.

2.      On April 26, 2010, Defendant Interactive Intelligence, Inc. ("Interactive") filed a Motion to Dismiss Claims by Plaintiff Shannon Callnet and for Sanctions (Docket No. 69) (the "Motion to Dismiss").

3.      Interactive noticed the Motion to Dismiss for the same date as the Motion for Leave because the issues presented in the Motion for Leave and the Motion to Dismiss are related.  Shannon Callnet seeks leave to file a Fourth Amended Complaint that includes claims against Interactive.  (Dkt 65 Ex 1) Interactive contends that the proposed Fourth Amended Complaint does not comply with this Court's March 4 Order (Dkt 61), Shannon Callnet should not be permitted to bring claims against Interactive in a Fourth Amended Complaint, and Shannon Callnet's claims against Interactive should be dismissed.  Interactive agrees that if Shannon Callnet files a cross-motion for sanctions against Interactive, Shannon Callnet may notice such motion for June 7, 2010.

4.      In order to avoid unnecessary expense and effort for both the Court and the parties, the parties, through their respective counsel of record herein, agree that it is in the interest of judicial economy to combine the hearing on the Motion for Leave and the Motion to Dismiss because the issues presented are related.

NOW THEREFORE, the parties, through their counsel of record herein, STIPULATE AND AGREE to the following:

Plaintiffs' Motion for Leave, now set for hearing on May 24, 2010, is continued to June 7, 2010.  The notice date for Interactive's Motion to Dismiss is changed from May 24, 2010 to June 7, 2010.

---

**STIPULATION AND PROPOSED [ORDER] TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND TO NOTICE DEFENDANT INTERACTIVE'S MOTION TO DISMISS AND FOR SANCTIONS FOR THE SAME DATE**

1   DATED:  April 28, 2010                  OVERHAUSER & LINDMAN, LLC

2
                                            _____/s/  Constance R. Lindman_____
3                                           CONSTANCE R. LINDMAN
4                                           Attorney for Defendant
                                            INTERACTIVE INTELLIGENCE, INC
5
6   DATED:  April 28, 2010                  BUSINESS LEGAL PARTNERS

7
                                            _____/s/ Gregg A. Rapoport_____
8                                           GREGG A. RAPOPORT
                                            *[authorized signature]*
9                                           Attorney for Defendants
10                                          INTERACTIVE INTELLIGENCE, INC
                                            SKYLUX, INC., MUJEEB
11                                          PUZHAKKARAILLATH and SKYLUX
                                            TELELINK PVT LTD
12
13  DATED:  April 28, 2010                  THE LAW OFFICE OF JAY IAN
                                            ABOUDI
14
                                            _____/s/ Jay Ian Aboudi_____
15                                          *[authorized signature]*
16                                          JAY ABOUDI
                                            Attorney for Plaintiffs
17                                          MOHIT RANDHAWA aka HARPAL
                                            SINGH and SHANNON CALLNET PVT
18                                          LTD
19

20

21

22

23

24

25

---

**STIPULATION AND PROPOSED [ORDER] TO CONTINUE HEARING DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND TO NOTICE DEFENDANT
INTERACTIVE'S MOTION TO DISMISS AND FOR SANCTIONS FOR THE SAME DATE**

1

## ORDER

2

Based on the stipulation entered by the parties, IT IS ORDERED THAT

3

Plaintiffs' Motion for Leave, now set for hearing on May 24, 2010, is continued to

4

June 7, 2010at 2:00 p.m. and the notice date for Interactive's Motion to Dismiss is

5

changed from May 24, 2010 to June 7, 2010 at 2:00 p.m.

6

IT IS SO ORDERED.

7

DATED:  April 28, 2010

8

9

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**STIPULATION AND PROPOSED [ORDER] TO CONTINUE HEARING DATE FOR PLAINTIFFS'
MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT AND TO NOTICE DEFENDANT
INTERACTIVE'S MOTION TO DISMISS AND FOR SANCTIONS FOR THE SAME DATE**