1  Gregg A. Rapoport (SBN 136941)
   BUSINESS LEGAL PARTNERS
2  135 W. Green Street, Suite 100
   Pasadena, CA 91105
3  Tel.  626-585-0155  Fax.  626-578-1827
   *grapoport@bizlegalpartners.com*
4
   Attorney for Defendants
5  SKYLUX INC., SKYLUX TELELINK PVT LTD.,
   MUJEEB PUZHAKKARAILLATH, and
6  INTERACTIVE INTELLIGENCE, INC.

7  Constance R. Lindman (*pro hac vice*)
   OVERHAUSER & LINDMAN, LLC
8  740 W. Green Meadows Dr., Ste. 300
   Greenfield, IN 46140
9  Tel.  317-891-1500  Fax.  866-283-8549
   *crlindman@overhauser.com*
10
   Attorney for Defendant
11 INTERACTIVE INTELLIGENCE, INC.

12                    UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

14

| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD, | Case No.  2:09−CV−02304−WBS−KJN |
|---|---|
| | *Hon. William B. Shubb* |
| Plaintiff, | [ |
| v. | **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN AND GREGG A. RAPOPORT** |
| SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive, | |
| | Date:  June 21, 2010 |
| | Time:  2:00 p.m. |
| | Ctrm:  5 |
| Defendants. | |

25     **TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

26     On the request to appear by telephone by Constance R. Lindman, counsel for

27 Defendant INTERACTIVE INTELLEGENCE, INC., and by and Gregg A.

28 Rapoport, counsel for Defendants SKYLUX INC., MUJEEB

-1-

REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN AND
GREGG A. RAPOPORT

1  PUZHAKKARAILLATH, and SKYLUX TELELINK PVT LTD at the hearing
2  now calendared for June 21, 2010 at 2:00 p.m. on Plaintiffs' Motion for Leave to
3  File Fourth Amended Complaint and Defendant Interactive's Motion to Dismiss
4  and for Sanctions, the Court hereby rules as follows:
5      The Request is GRANTED.
6      IT IS SO ORDERED.

8  Dated:  May 27, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE