UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>        Plaintiffs,<br><br>    v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD, and DOES 1 through 20, inclusive,<br><br>        Defendants.<br>_____/ | NO. CIV. 2:09-2304 WBS KJN<br><br><br>ORDER |

----oo0oo----

        Plaintiffs' motion for leave to file a Fourth Amended Complaint (Docket No. 65) is GRANTED. Defendant's motion to dismiss plaintiffs' Third Amended Complaint (Docket No. 69) is therefore DENIED as moot. Defendants have thirty days from the date of this Order to respond to the Fourth Amended Complaint.

1

1        IT IS SO ORDERED.
2  DATED:  August 9, 2010

         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE