1  Gregg A. Rapoport (SBN 136941)
   BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
2  135 W. Green Street, Suite 100
   Pasadena, CA 91105
3  Direct Tel.  626-585-0155 Fax.  626-578-1827
   grapoport@bizlegalpartners.com
4
   Attorney for Defendants
5  SKYLUX INC., INTERACTIVE INTELLIGENCE, INC.,
   and MUJEEB PUZHAKKARAILLATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH, and SHANNON CALLNET PVT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:09−CV−02304−WBS−DAD<br><br>*Hon. William B. Shubb*<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE AND RULE 26(f) DEADLINES** |

WHEREAS:

1.      Plaintiffs Mohit Randhawa and Shannon Callnet Pvt Ltd. ("Plaintiffs") filed a Second Amended Complaint on January 6, 2010, following

orders by the Court on November 3, 2009 (Docket No. 27), on December 2, 2009 (Docket No. 36), and on December 21, 2009 (Docket No. 37).

2. Plaintiffs filed a Third Amended Complaint on March 24, 2010, following an order by the Court on March 4, 2010 (Docket No. 61).

3. On March 29, 2010, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order to Extend Defendants' Deadline to File Responses to Third Amended Complaint (or Fourth Amended Complaint) and to Continue the Status (Pre-Trial Scheduling) Conference (Docket No. 64).

4. On April 6, 2010, Plaintiffs filed a Motion For Leave to File Fourth Amended Complaint (Docket No. 65), and lodged therewith a proposed Fourth Amended Complaint (Docket No. 65-2).

5. On April 7, 2010, the Court issued an order granting the parties' Stipulation to Extend Defendants' Deadline to File Responses to Third Amended Complaint (or Fourth Amended Complaint) and to Continue the Status (Pre-Trial Scheduling) Conference, and continued the Status Conference to July 26, 2010. (Docket No. 66).

6. On April 26, 2010, Defendant Interactive Intelligence, Inc. ("ININ") filed a Motion to Dismiss the Third Amended Complaint. (Docket No. 69). The hearing was set by the Court for June 7, 2010. (Docket No. 70). On April 29, 2010, the Court approved a stipulation to continue the hearing on Plaintiffs' Motion For Leave to File Fourth Amended Complaint until that same hearing date. (Docket No. 72).

7. On May 27, 2010, the Court on its own motion continued the June 7, 2010 hearings to June 21, 2010. (Docket No. 76).

8. On June 18, 2010, the Court on its own motion ordered the June 21, 2010 hearings off calendar and under submission. (Docket No. 81).

9. On June 25, 2010, the Court on its own motion ordered the motions to be heard on August 2, 2010. The Court further ordered that the Status (Pre-Trial Scheduling) Conference be continued to September 20, 2010, with a Joint Status Report to be filed by September 7, 2010. (Docket No. 82).

10. On August 2, 2010, the Court on its own motion ordered the hearing on the pending Motion For Leave to File Fourth Amended Complaint and Motion to Dismiss continued to August 9, 2010. (Docket No. 83).

11. On August 9, 2010, the Court heard argument on the two motions. On August 10, 2010, the Court issued an order granting Plaintiffs' Motion For Leave to File Fourth Amended Complaint, and denied ININ's Motion to Dismiss as moot. (Docket No. 85). The Court ordered that Defendants had 30 days from the date of its order (i.e., until September 9, 2010) to respond to the Fourth Amended Complaint. (*Id.*)

12. Defendants intend to file motions to dismiss the Fourth Amended Complaint, which motions will be set for hearing in October 2010, subject to the Court's availability. Plaintiffs intend to commence arbitration proceedings in the Eastern District of California. Defendant ININ intends to petition the Northern District of Illinois and compel arbitration in Chicago, IL. Plaintiffs will oppose any further motions to dismiss by Defendants and Plaintiffs will move this Court for sanctions accordingly.

13. In order to avoid unnecessary expense and effort pending the hearing on Defendants' motions to dismiss, the parties, through their respective counsel of record herein, agree to a joint request that the Court continue the Status (Pre-Trial Scheduling Conference) until November 2010, and that the Joint Status Report be due 14 days prior to that Conference.

1   NOW THEREFORE, the parties, through their counsel of record herein,
2 now STIPULATE AND AGREE to the following:
3 / / /
4 / / /

1  The Status (Pre-Trial Scheduling) Conference shall be continued to November 29~~-~~, 2010. The parties' obligations under Rule 26(f) shall be continued accordingly, with a Joint Status Report due November 15, 2010.

DATED: September 2, 2010        BUSINESS LEGAL PARTNERS

/s/ Gregg A. Rapoport
GREGG A. RAPOPORT
Attorneys for Defendants
INTERACTIVE INTELLIGENCE, INC
SKYLUX, INC., MUJEEB
PUZHAKKARAILLATH and SKYLUX
TELELINK PVT LTD

DATED: September 2, 2010        OVERHAUSER & LINDMAN, LLC

/s/ Constance Lindman
*[authorized signature]*
CONSTANCE LINDMAN
Attorneys for Defendant
INTERACTIVE INTELLIGENCE, INC

/ / /

/ / /

/ / /

---

**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
AND RULE 26(f) DEADLINES**

1  DATED: September 2, 2010          THE LAW OFFICE OF JAY IAN ABOUDI

2

3                                    /s/ Jay Aboudi
                                     *[authorized signature]*
4                                    JAY ABOUDI
                                     Attorney for Plaintiffs
5                                    MOHIT RANDHAWA aka HARPAL
                                     SINGH and SHANNON CALLNET PVT
6                                    LTD

7

8

9                                **ORDER**

10

11     Based on the stipulation entered by the parties, IT IS ORDERED THAT

12          The Status (Pre-Trial Scheduling) Conference shall be continued to

13  November 29, 2010.   The parties' obligations under Rule 26(f) shall be continued

    accordingly, with a Joint Status Report due November 15, 2010.
14
       **IT IS SO ORDERED.**
15

16  DATED: September 3, 2010

17

                                     WILLIAM B. SHUBB
18                                   UNITED STATES DISTRICT JUDGE