Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Attorney for Defendants
SKYLUX INC., SKYLUX TELELINK PVT LTD.,
MUJEEB PUZHAKKARAILLATH, and
INTERACTIVE INTELLIGENCE, INC.

Constance R. Lindman (*pro hac vice*)
STEWART & IRWIN, P.C.
251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204
Phone: 317-639-5454
Fax:  317-632-1319
*clindman@silegal.com*

Attorney for Defendant
INTERACTIVE INTELLIGENCE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−KJN<br>*Hon. William B. Shubb*<br><br>**[PROPOSED ORDER]**<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN**<br><br>Date:     October 12, 2010<br>Time:    2:00 p.m.<br>Ctrm:    5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Constance R. Lindman, counsel for Defendant INTERACTIVE INTELLIGENCE, INC. at the hearing now calendared for October 12, 2010 at 2:00 p.m. on the following:

-1-

REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN

1        o  Motion by Plaintiffs to Stay Pending Arbitration and for Sanctions

2        o  Motion by Defendants Skylux, Inc., Skylux Telelink Pvt Ltd and

3            Mujeeb Puzhakkaraillath to Dismiss

4        o  Motion by Defendant Interactive Intelligence, Inc. To Dismiss

5     The Court hereby rules as follows:

6      The Request is GRANTED.  The courtroom deputy shall initiate the

7 telephone conference call.

8     IT IS SO ORDERED.

10 Dated:  October 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28