Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
135 W. Green Street, Suite 100
Pasadena, CA 91105
Direct Tel. 626-585-0155 Fax. 626-578-1827
grapoport@bizlegalpartners.com

Attorneys for Defendants
SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., and MUJEEB PUZHAKKARAILLATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY GREGG A. RAPOPORT**<br><br>Date:   March 28, 2011<br>Time:   2:00 p.m.<br>Ctrm:   5 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

On the request to appear by telephone by Gregg A. Rapoport, counsel for Defendants SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., and MUJEEB PUZHAKKARAILLATHDefendant INTERACTIVE INTELLIGENCE, INC. ("Interactive"), at the Scheduling Conference now calendared for March 28, 2011, at 2:00 p.m., the Court rules as follows:

1       The Request is GRANTED.  The courtroom deputy shall initiate the
2  telephone conference call to counsel at 808-245-5050.
3       IT IS SO ORDERED.
4  DATED: March 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE