Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Attorney for Defendants
SKYLUX INC., SKYLUX TELELINK PVT LTD.,
MUJEEB PUZHAKKARAILLATH, and
INTERACTIVE INTELLIGENCE, INC.

Constance R. Lindman (*pro hac vice*)
STEWART & IRWIN, P.C.
251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204
Phone: 317-639-5454
Fax:  317-632-1319
*clindman@silegal.com*

Attorney for Defendant
INTERACTIVE INTELLIGENCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−KJN<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN**<br><br>Date:        March 28, 2011<br>Time:       2:00 p.m.<br>Ctrm:       5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Constance R. Lindman, counsel for Defendant INTERACTIVE INTELLIGENCE, INC. at the hearing now calendared for March 28, 2011 at 2:00 p.m. on the following:

- o   Status Conference
- o   Motion by Interactive Intelligence, Inc. to Vacate Stay and Dismiss all Claims Against it in the Fourth Amended Complaint.

The Court hereby rules as follows:

The Request is GRANTED. The courtroom deputy shall initiate the conference call to counsel at (317) 639-5454.

IT IS SO ORDERED.

Dated:  March 4, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE