Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS, ATTORNEYS AT LAW, LAW CORP.
135 W. Green Street, Suite 100
Pasadena, CA 91105
Direct Tel.  626-585-0155 Fax.  626-578-1827
grapoport@bizlegalpartners.com

Attorneys for Defendants
SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., and MUJEEB PUZHAKKARAILLATH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY GREGG A. RAPOPORT**<br><br>Date:     June 27, 2011<br>Time:     2:00 p.m.<br>Ctrm:     5 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

On the request to appear by telephone by Gregg A. Rapoport, counsel for Defendants SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., and MUJEEB PUZHAKKARAILLATHDefendant INTERACTIVE INTELLIGENCE, INC. ("Interactive"), at the Scheduling Conference now calendared for June 27, 2011, at 2:00 p.m., the Court rules as follows:

ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

1     The Request is GRANTED.

2     IT IS SO ORDERED.

3 DATED: June 13, 2011

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```