UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH; SHANNON CALLNET PVT LTD,<br><br>    Plaintiffs,<br><br>   v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____/ | NO. CIV. 2:09-2304 WBS KJN<br><br>ORDER RE: STATUS CONFERENCE |

----oo0oo----

        Plaintiffs Mohit Randhawa aka Harpal Singh and Shannon Callnet Pvt. Ltd. ("Shannon Callnet") filed this action against defendants Interactive Intelligence, Inc. ("Interactive"), Skylux, Inc., Mujeeb Puzhakkaraillath, and Skylux Telelink Pvt. Ltd. (the latter three collectively "Skylux defendants"), alleging state law claims arising from contracts for an India-based calling center and software. On October 18, 2010, the court stayed all claims against Interactive, which are subject to

1

1 | arbitration, and all claims against the Skylux defendants, which
2 | are <u>not</u> subject to arbitration.  (Docket No. 102.)
3 |   According to the parties' Joint Status Report, as of
4 | June 13, 2011, Interactive has filed an answer to Shannon
5 | Callnet's demand for arbitration and Shannon Callnet has paid its
6 | fee "to the American Arbitration Association in order to proceed
7 | with the further administration of the arbitration and
8 | appointment of the arbitrator."  (Joint Status Report at 2:1-2
9 | (Docket No. 114).)  The parties propose a continuation of the
10 | stay and another status conference in six months.  (<u>Id.</u> at 2:6-
11 | 13.)
12 |   IT IS THEREFORE ORDERED that:
13 |   (1) The Status Conference scheduled for June 27, 2011,
14 | is vacated;
15 |   (2) Upon completion of or default in proceeding with
16 | the arbitration, Shannon Callnet and Interactive will inform the
17 | court and file appropriate documents for the completion or
18 | continuation of this action; and
19 |   (3) This case is set for a Status Conference at 2:00
20 | p.m. on December 12, 2011, in Courtroom No. 5.  No later than two
21 | weeks before the conference, the parties shall file a joint
22 | status report setting forth the status of the arbitration and
23 | suggesting a schedule for further proceedings in this court.
24 | DATED:  June 23, 2011

        *[signature]*
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE