UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MOHIT RANDHAWA aka HARPAL SINGH,
and SHANNON CALLNET PVT LTD,                    NO. CIV. 2:09-2304 WBS KJN

        Plaintiffs,
                                                ORDER
        v.

SKYLUX INC., INTERACTIVE
INTELLIGENCE, INC., MUJEEB
PUZHAKKARAILLATH, SKYLUX
TELELINK PVT LTD, and DOES 1
through 20, inclusive,

        Defendants.
_____/

----oo0oo----

        Plaintiffs Mohit Randhawa aka Harpal Singh and Shannon
Callnet Pvt. Ltd. ("Shannon Callnet") filed this action against
defendants Interactive Intelligence, Inc. ("Interactive"),
Skylux, Inc., Mujeeb Puzhakkaraillath, and Skylux Telelink Pvt.
Ltd. (the latter three collectively "Skylux defendants"),
alleging state law claims arising from contracts for an India-
based calling center and software.  On October 18, 2010, the
court stayed all claims against Interactive, which are subject to

1

1  arbitration, and all claims against the Skylux defendants, which

2  are <u>not</u> subject to arbitration.  (Docket No. 102.)  In June of

3  2011, the court continued a Status Conference set for June 27,

4  2011, to December 12, 2011, and ordered the parties to file a

5  joint status report no later than two weeks before the

6  conference.  (Docket No. 116.)

7         Only Interactive has filed a status report.  (Docket

8  No. 117.)  According to that report, an initial prehearing

9  conference was held with the arbitrator on October 12, 2011.

10 (<u>Id.</u> ¶ 8.)  At the conference, Shannon Callnet was instructed to

11 file an amended complaint with the arbitrator by November 11,

12 2011, and a timeline for the arbitration was set.  Interactive

13 proposes that the court continue the stay and set another status

14 conference six months from now.  (<u>Id.</u> ¶ 9.)

15        Interactive's status report does not give an estimate

16 of when arbitration proceedings will conclude.  This action has

17 already been stayed for over a year and the arbitration

18 proceeding is only now commencing.  As it appears that the action

19 will be in arbitration for the foreseeable future, this case

20 shall be ordered administratively closed.  <u>See</u> <u>Dees v. Billy</u>, 394

21 F.3d 1290, 1294 (9th Cir. 2005) ("[T]he 'effect of an

22 administrative closure is no different from a simple stay, except

23 that it affects the count of active cases pending on the court's

24 docket; <u>i.e.</u>, administratively closed cases are not counted as

25 active.'" (discussing and quoting <u>Mire v. Full Spectrum Lending</u>

26 <u>Inc.</u>, 389 F.3d 163, 167 (5th Cir. 2004))).

27        IT IS THEREFORE ORDERED that all proceedings in this

28 matter shall be STAYED.  The currently pending motion filing

1  deadline and pretrial conference and trial dates are hereby
2  vacated.   The Clerk of Court is instructed to administratively
3  close this case, to be reopened upon request and application of
4  the parties and order of this court.
5  DATED:  December 9, 2011

6
7  _____
8  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3