Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel. 626-585-0155 Fax. 626-578-1827
*grapoport@bizlegalpartners.com*

Constance R. Lindman (*pro hac vice*)
STEWART & IRWIN, P.C.
251 E. Ohio Street
Suite 1100
Indianapolis, IN 46204
Phone: 317-639-5454
Fax: 317-632-1319
*clindman@silegal.com*

Attorney for Defendant
INTERACTIVE INTELLIGENCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN**<br><br>Date:       August 13, 2012<br>Time:       2:00 p.m.<br>Ctrm:       5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Constance R. Lindman, counsel for Defendant INTERACTIVE INTELLIGENCE, INC. at the hearing now calendared for August 13, 2012 at 2:00 p.m. on the following:

- o  Notice of Unopposed Motion and Motion by Defendant Interactive Intelligence to Vacate Stay and Confirm Arbitration Award

-1-

1 | The Court hereby rules as follows:
2 | The Request is GRANTED.
3 | IT IS SO ORDERED.
4 |
5 | Dated: July 31, 2012
6 |
7 | WILLIAM B. SHUBB
  | UNITED STATES DISTRICT JUDGE
8 |
9 |
10 | si-469085_1

REQUEST FOR TELEPHONIC APPEARANCE BY CONSTANCE R. LINDMAN