JAY IAN ABOUDI (SBN: 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
1855 Olympic Blvd., Ste. 210
Walnut Creek, CA 94596
Telephone: (925) 465-5155
Facsimile: (925) 465-5169

Attorney for Plaintiffs
MOHIT RANDHAWA *aka* HARPAL SINGH
and SHANNON CALLNET PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA *aka* HARPAL SINGH; SHANNON CALLNET PVT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:09-CV-02304-WBS-DAD<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI**<br><br>[Proposed Order Lodged]<br><br>Date: August 13, 2012<br>Time: 2:00 p.m.<br>Ctrm: 5<br>Judge: Hon. William B. Shubb |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On the request to appear by telephone by JAY IAN ABOUDI, counsel for Plaintiffs SHANNON CALLNET, PVT LTD and MOHIT RANDHAWA *aka* HARPAL SINGH, at the hearing now calendared for August 13, 2012 at 2:00 p.m., on the Notice of Unopposed Motion and Motion by Defendant Interactive Intelligence to Vacate Stay and Confirm Arbitration Award.

//

-1-
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI

The Request is GRANTED. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED.

Dated: _____ July 31, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI