Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel.  626-585-0155  Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Attorneys for Defendants
SKYLUX INC., MUJEEB PUZHAKKARAILLATH,
SKYLUX TELELINK PVT LTD, and
INTERACTIVE INTELLIGENCE, INC.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD, <br><br> Plaintiff, <br><br> v. <br><br> SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.  2:09−CV−02304−WBS−DAD <br> *Hon. William B. Shubb* <br><br> **ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY GREGG A. RAPOPORT** <br><br> Date:     August 13, 2012 <br> Time:    2:00 p.m. <br> Ctrm:    5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Gregg A. Rapoport, counsel for Defendants SKYLUX INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD, and INTERACTIVE INTELLIGENCE, INC., at the hearing now calendared for August 13, 2012 at 2:00 p.m. on the following:

- o   Notice of Unopposed Motion and Motion by Defendant Interactive Intelligence to Vacate Stay and Confirm Arbitration Award

The Court hereby rules as follows:

The Request is GRANTED.

1    IT IS SO ORDERED.

2

3    Dated:  July 31, 2012

4

5    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28