Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Direct Tel. 626-585-0155 Fax. 626-578-1827
grapoport@bizlegalpartners.com

Attorneys for Defendants
SKYLUX INC., MUJEEB PUZHAKKARAILLATH,
and SKYLUX TELELINK PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSES TO THE FOURTH AMENDED COMPLAINT**<br><br>[Proposed Order Lodged]<br><br>Date:     No Hearing Set<br>Time:<br>Ctrm:     5 |

Plaintiffs Mohit Randhawa and Shannon Callnet Pvt Ltd. (together, "Plaintiffs") and Defendants Skylux Inc., Skylux Telelink Pvt Ltd., and Mujeeb Puzhakkaraillath (together, the "Skylux Defendants") hereby submit the following Stipulation, and for good cause request the Court's approval thereof:

WHEREAS:

1. This action was commenced in state court on May 27, 2009, and was removed to this Court on August 20, 2009.

2.  Plaintiffs filed a Fourth Amended Complaint on August 10, 2010. (Docket No. 86).

3.  On September 5, 2010, Plaintiffs filed a motion to stay the entire action pending arbitration between Plaintiff Shannon Callnet and Defendant Interactive Intelligence, Inc. (Docket No. 88.)

4.  On September 8 and 9, 2010, defendants filed motions to dismiss the Fourth Amended Complaint. (Docket Nos. 90, 91.)

5.  On October 12, 2010, the Court heard oral argument on the motions to dismiss, as well as on Plaintiffs' motion to stay the action. (Docket No. 101.)

6.  On October 18, 2010, the Court granted Plaintiffs' motion to stay the entire action pending completion of arbitration. (Docket No. 102.) As to the claims against the Skylux Defendants, the Court found that the "arbitrable claims against Interactive and non-arbitrable claims against the Skylux defendants sufficiently overlap in law and fact to suggest that the rest of the claims should be stayed." The Court then stated that it "will grant Shannon's Callnet's motion to stay the claims against the Skylux defendants and thus deny the Skylux defendants' motion to dismiss." (*Id.* at 7:13-27.)

7.  On December 9, 2011, the Court ruled: "As it appears that the action will be in arbitration for the foreseeable future, this case shall be ordered administratively closed." (Docket No. 123 at 2:18-20.) The Court stayed all proceedings. (*Id.* at 2:27-28.)

8.  On July 12, 2012, Interactive moved to vacate the stay and confirm its arbitration award against Plaintiff Shannon Callnet. (Docket No. 124.)

9.  On August 3, 2012, the Court ordered the stay be lifted. (Docket No. 131.) The Court further set for a Status Conference for September 4, 2012 "to address the remaining claims against the Skylux defendants."

10. The remaining parties (Plaintiffs and the Skylux Defendants) have submitted a Joint Status Report seeking the Court's clarification of the procedural status of this case.

11. Plaintiffs are willing to extend the deadline for the Skylux Defendants to respond to the Fourth Amended Complaint to September 24, 2012, to allow time for the Court to issue the requested clarification.

NOW THEREFORE, the parties, through their counsel of record herein, now STIPULATE AND AGREE to the following:

The time within which Defendants shall respond to the Fourth Amended Complaint shall be extended to September 24, 2012.

Dated: August 10, 2012            BUSINESS LEGAL PARTNERS

                                  By:  /s/ Gregg A. Rapoport
                                       Gregg A. Rapoport

                                  Attorneys for Defendants
                                  SKYLUX INC., MUJEEB
                                  PUZHAKKARAILLATH, and
                                  SKYLUX TELELINK PVT LTD

Dated: August 10, 2012            THE LAW OFFICE OF JAY IAN
                                  ABOUDI

                                  By:  /s/ Jay Ian Aboudi
                                       Jay Ian Aboudi

                                  Attorney for Plaintiffs
                                  MOHIT RANDHAWA aka HARPAL
                                  SINGH and SHANNON CALLNET PVT
                                  LTD

## ORDER

Based on the stipulation entered by the parties, IT IS ORDERED THAT the deadline for the Skylux Defendants to respond to the Fourth Amended

1  Complaint shall be September 24, 2012.

2      IT IS SO ORDERED.

3

4      DATED:  August 10, 2012

```
          WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE
```

STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSES
TO THE FOURTH AMENDED COMPLAINT

**PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is: 135 W. Green St., Suite 100, Pasadena, California 91105 (the "firm").

Upon my oath, I hereby state that the foregoing

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' RESPONSES TO THE FOURTH AMENDED COMPLAINT**

is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, if any attorneys are not participating in electronic filing, they are identified below and have been mailed, via first-class postage, notice hereof on the date this document is being electronically filed.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **August 10, 2012,** at Pasadena, California.

By:  /s/ Gregg A. Rapoport
      Gregg A. Rapoport