Gregg A. Rapoport (SBN 136941)
BUSINESS LEGAL PARTNERS
135 W. Green Street, Suite 100
Pasadena, CA 91105
Tel.  626-585-0155 Fax.  626-578-1827
*grapoport@bizlegalpartners.com*

Attorneys for Defendants
SKYLUX INC., MUJEEB PUZHAKKARAILLATH,
and SKYLUX TELELINK PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA aka HARPAL SINGH and SHANNON CALLNET PVT LTD,<br><br>Plaintiff,<br><br>v.<br><br>SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  2:09−CV−02304−WBS−DAD<br>*Hon. William B. Shubb*<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE BY GREGG A. RAPOPORT**<br><br>Date:       October 1, 2012<br>Time:       2:00 p.m.<br>Ctrm:       5 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

On the request to appear by telephone by Gregg A. Rapoport, counsel for Defendants SKYLUX INC., MUJEEB PUZHAKKARAILLATH, and SKYLUX TELELINK PVT LTD, at the Status Conference now calendared for October 1, 2012 at 2:00 p.m., the Court hereby rules as follows:

The Request is GRANTED.   **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED.

Dated:  August 16, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER