UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MOHIT RANDHAWA aka HARPAL SINGH;
SHANNON CALLNET PVT LTD,

    Plaintiffs,

    v.

SKYLUX INC., INTERACTIVE
INTELLIGENCE, INC., MUJEEB
PUZHAKKARAILLATH, SKYLUX
TELELINK PVT LTD; and DOES 1
through 20, inclusive,

    Defendants.
_____/

NO. CIV. 2:09-2304 WBS KJN

ORDER RE: ARBITRATION FEES AND EXPENSES

----oo0oo----

    Plaintiff Shannon Callnet Pvt. Ltd. ("Shannon Callnet") and defendant Interactive Intelligence, Inc. ("Interactive") engaged in mandatory arbitration of Shannon Callnet's claims against Interactive and the arbitrator found in favor of Interactive. On August 3, 2012, the court confirmed the arbitrator's award and entered judgment in favor of Interactive pursuant to 9 U.S.C. § 9. (Docket Nos. 131, 132.) In its Order

1

confirming the arbitrator's award, the court did not address the arbitrator's determination that Shannon Callnet should reimburse Interactive $1,100.00 for the fees and expenses Interactive had paid for the arbitration. Specifically, the arbitrator found:

> The costs of this arbitration shall be borne [by] Claimant by reason of Claimant's failure to participate in the proceeding. Accordingly, the administrative fees and expenses of the International Centre for Dispute Resolution ("ICDR") totaling $3,125.00 shall be borne by Claimant, and the compensation of the Arbitrator totaling $1,856.25 shall be borne by Claimant. Therefore, Claimant shall reimburse Respondent the sum of $1,100.00, representing that portion of said fees and expenses previously incurred by Respondent.

(Docket No. 139-1 at 6.)

Shannon Callnet does not object to confirmation of the arbitrator's determination that it reimburse Interactive $1,100.00 for the fees and expenses Interactive paid toward the arbitration and the court sees no reason why it should depart from the arbitrator's determination. See generally D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 110 (2d Cir. 2006) ("Normally, confirmation of an arbitration award is 'a summary proceeding that merely makes what is already a final arbitration award a judgment of the court,' and the court 'must grant' the award 'unless the award is vacated, modified, or corrected.'" (quoting Florasynth, Inc. v. Pickholz, 750 F.2d 171, 176 (2d Cir. 1984) and 9 U.S.C. § 9)).

IT IS THEREFORE ORDERED that Shannon Callnet reimburse Interactive the sum of $1,100.00 based on the arbitration fees

///
///
///

and expenses Interactive paid.

DATED: August 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE