JAY IAN ABOUDI (SBN: 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
1855 Olympic Blvd., Ste. 210
Walnut Creek, CA 94596
Telephone: (925) 465-5155
Facsimile: (925) 465-5169

Attorney for Plaintiffs
MOHIT RANDHAWA *aka* HARPAL SINGH
and SHANNON CALLNET PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA *aka* HARPAL SINGH; SHANNON CALLNET PVT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:09-CV-02304-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT** |

WHEREAS:

1. On October 26, 2012, the Court issued an order (DKT 148) granting the motion to dismiss the first, second, third, fifth, and seventh causes of action by Defendants SKYLUX, INC. ("Skylux"), SKYLUX TELELINK PVT LTD., ("STPL"), and MUJEEB PUZHAKKARAILLATH ("Puzhakkaraillath," collectively with Skylux and STPL, the "Skylux Defendants");

-1-
STIPULATION AND [PROPOSED] ORDER

2. On November 7, 2012, Plaintiffs filed its Fifth Amended Complaint ("5AC" or "Complaint") pursuant to the Court's October 26, 2012 Order. Although Plaintiff SHANNON CALLNET's claims against INTERACTIVE INTELLIGENCE, INC. ("INTERACTIVE") had previously been dismissed with prejudice and a judgment was previously entered against Plaintiff SHANNON CALLNET on those claims pursuant to an arbitration proceeding, INTERACTIVE was still identified as a defendant in the caption, preamble, Paragraph 4 of the Complaint, and the civil cover sheet filed therewith.

3. INTERACTIVE's attorney contacted Plaintiffs' attorney on November 8, 2012 concerning the matter.  Plaintiffs have therefore agreed to amend the Complaint without prejudice to their rights under the Federal Rules, and for the limited purpose of removing INTERACTIVE as a defendant from the caption, preamble, Paragraph 4, of the Complaint, and the civil cover sheet filed therewith;

4. Defendants have consented to Plaintiffs amending its Complaint for the limited purpose described above, and without prejudice to their rights under the Federal Rules.

//
//
//
//
//
//
//
//
//
//
//

-2-
STIPULATION AND [PROPOSED] ORDER

1     NOW THEREFORE, the parties, through their counsel of record herein,
2 STIPULATE AND AGREE to the filing of the Sixth Amended Complaint attached
3 hereto as EXHIBIT 1.
4 Dated: November 9, 2012

    /s/ Jay Ian Aboudi
    JAY IAN ABOUDI
    Attorney for Plaintiffs MOHIT RANDHAWA, *aka* HARPAL SINGH and SHANNON CALLNET PVT LTD.

10 Dated:  November 9, 2012    STEWART & IRWIN, PC

    /s/Constance R. Lindman
    CONSTANCE R. LINDMAN
    Attorney for INTERACTIVE INTELLIGENCE, INC

15 Dated:  November 9, 2012    BUSINESS LEGAL PARTNERS

    /s/Gregg A. Rapoport
    GREGG A. RAPOPORT
    Attorney for Defendants SKYLUX, INC., MUJEEB PUZHAKKARAILLATH and SKYLUX TELELINK PVT LTD

**ORDER**

Based on the stipulation entered by the parties, IT IS ORDERED THAT Plaintiffs are granted permission to file the Sixth Amended Complaint, attached as EXHIBIT 1 to the stipulation entered by the parties.

IT IS SO ORDERED

Dated:  November 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE