1   JAY IAN ABOUDI (SBN: 251984)
    THE LAW OFFICE OF JAY IAN ABOUDI
2   1855 Olympic Blvd., Ste. 210
    Walnut Creek, CA 94596
3   Telephone: (925) 465-5155
    Facsimile: (925) 465-5169
4

5   Attorney for Plaintiffs
    MOHIT RANDHAWA *aka* HARPAL SINGH
6   and SHANNON CALLNET PVT LTD

7

8                    UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11  MOHIT RANDHAWA *aka* HARPAL SINGH;      Case No. 2:09-CV-02304-WBS-KJN
    SHANNON CALLNET PVT LTD,
12                                          [~~PROPOSED~~] ORDER AND REQUEST
                        Plaintiffs,          FOR TELEPHONIC APPEARANCE BY
13                                          JAY IAN ABOUDI
         v.
14                                          [Proposed Order Lodged]

15
    SKYLUX INC., INTERACTIVE
16  INTELLIGENCE, INC., MUJEEB
    PUZHAKKARAILLATH, SKYLUX               Date: January 14, 2013
17  TELELINK PVT LTD; and DOES 1 through   Time: 2:00 p.m.
    20, inclusive.                         Ctrm: 5
18                                          Judge: Hon. William B. Shubb

19                      Defendants.

20

21  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22          Counsel for Plaintiffs SHANNON CALLNET, PVT LTD and MOHIT RANDHAWA

23  *aka* HARPAL SINGH, Jay Ian Aboudi, hereby requests to appear by telephone at the hearing,

24  now calendared for January 14, 2013 at 2:00 p.m., on the Motion to Dismiss the First, Second,

25  Third, and Fifth Claims For Relief in the Sixth Amended Complaint by Defendants SKYLUX

26  INC., SKYLUX TELELINK PVT LTD, and MUJEEB PUZHAKKARAILLATH.

27  //

28  //

1   Mr. Aboudi will be available for the hearing and can be reached by telephone from 1:00

2 p.m. until 4:00 p.m. PST on January 14, 2013 at (925) 465-5162.

3 Dated: December 21, 2012

4          /s/ Jay Ian Aboudi

5           JAY IAN ABOUDI
           Attorney for Plaintiff MOHIT

6           RANDHAWA, *aka* HARPAL SINGH
           and SHANNON CALLNET PVT LTD.

7

8

9

10

11 **IT IS HEREBY ORDERED**:

12   On the request to appear by telephone by Jay Ian Aboudi, counsel Plaintiffs SHANNON

13 CALLNET, PVT LTD and MOHIT RANDHAWA *aka* HARPAL SINGH, at the Hearing now

14 calendared for January 14, 2013 at 2:00 p.m., the Court hereby rules as follows:

15   The Request is GRANTED. The courtroom deputy shall email counsel with

16 instructions on how to participate in the telephone conference call.

17

18         Dated: December 21, 2012

19

20         WILLIAM B. SHUBB
          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI