JAY IAN ABOUDI (SBN: 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
1855 Olympic Blvd., Ste. 210
Walnut Creek, CA 94596
Telephone: (925) 465-5155
Facsimile: (925) 465-5169

Attorney for Plaintiffs
MOHIT RANDHAWA *aka* HARPAL SINGH
and SHANNON CALLNET PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| MOHIT RANDHAWA *aka* HARPAL SINGH; SHANNON CALLNET PVT LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SKYLUX INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 2:09-CV-02304-WBS-KJN<br>Hon. William B. Shubb<br>Magistrate Judge Kendall J. Newman<br><br>**ORDER AND REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI**<br><br>[~~Proposed~~ Order Lodged]<br><br><br>Date: March 11, 2013<br>Time: 2:00 p.m.<br>Ctrm: 5 |
|---|---|

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff SHANNON CALLNET, PVT LTD, Jay Ian Aboudi, hereby requests to appear by telephone at the hearing, now calendared for March 11, 2013 at 2:00 p.m., on the Motion to Dismiss the Sixth Amended Complaint by Defendant SKYLUX TELELINK PVT LTD.

/ / /

/ / /

-1-
REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI

1  Mr. Aboudi will be available for the hearing and can be reached by telephone from 1:00
2  p.m. until 4:00 p.m. PST on March 11, 2013 at (925) 465-5162.
3  Dated: February 24, 2013

4  /s/ Jay Ian Aboudi
5  JAY IAN ABOUDI
   Attorney for Plaintiff SHANNON
6  CALLNET PVT LTD.

12  **IT IS HEREBY ORDERED**:
13  On the request to appear by telephone by Jay Ian Aboudi, counsel for Plaintiff
14  SHANNON CALLNET, PVT LTD, at the Hearing now calendared for March 11, 2013 at 2:00
15  p.m., the Court hereby rules as follows:
16  The Request is GRANTED. The courtroom deputy shall email counsel with
17  instructions on how to participate in the telephone conference call.

Dated:   February 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI