JAY IAN ABOUDI (SBN: 251984)
THE LAW OFFICE OF JAY IAN ABOUDI
1855 Olympic Blvd., Ste. 210
Walnut Creek, CA 94596
Telephone: (925) 465-5155
Facsimile: (925) 465-5169

Attorney for Plaintiffs
MOHIT RANDHAWA *aka* HARPAL SINGH
and SHANNON CALLNET PVT LTD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MOHIT RANDHAWA *aka* HARPAL SINGH; SHANNON CALLNET PVT LTD, <br><br> Plaintiffs, <br><br> v. <br><br> SKYLUX INC., INTERACTIVE INTELLIGENCE, INC., MUJEEB PUZHAKKARAILLATH, SKYLUX TELELINK PVT LTD; and DOES 1 through 20, inclusive. <br><br> Defendants. | Case No. 2:09-CV-02304-WBS-KJN <br><br> **[PROPOSED] ORDER AND REQUEST FOR TELEPHONIC APPEARANCE BY JAY IAN ABOUDI** <br><br> [Proposed Order Lodged] <br><br><br> Date: July 1, 2013 <br> Time: 2:00 p.m. <br> Ctrm: 5 <br> Judge: Hon. William B. Shubb |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiffs SHANNON CALLNET, PVT LTD and MOHIT RANDHAWA *aka* HARPAL SINGH, Jay Ian Aboudi, hereby requests to appear by telephone at the hearing, now calendared for July 1, 2013 at 2:00 p.m., on the Motion to Dismiss the Sixth Amended Complaint and on the Motion to Require Plaintiff to Post a Bond.

//

//

-2-

Mr. Aboudi will be available for the hearing and can be reached by telephone from 1:00 p.m. until 4:00 p.m. PST on July 1, 2013 at (925) 465-5162. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: June 25, 2013

>   /s/ Jay Ian Aboudi
>   JAY IAN ABOUDI
>   Attorney for Plaintiff MOHIT
>   RANDHAWA, *aka* HARPAL SINGH
>   and SHANNON CALLNET PVT LTD.

**IT IS HEREBY ORDERED**:

On the request to appear by telephone by Jay Ian Aboudi, counsel Plaintiffs SHANNON CALLNET, PVT LTD and MOHIT RANDHAWA *aka* HARPAL SINGH, at the Hearing now calendared for July 1, 2013 at 2:00 p.m., the Court hereby rules as follows:

The Request is GRANTED. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: June 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE